# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-1996
_____

Bret Healy

*Plaintiff - Appellant*

Healy Ranch Partnership

*Plaintiff*

v.

Supreme Court of South Dakota; Healy Ranch Inc.; Mary Ann Osborne; Barry Healy; Bryce Healy; Albert Steven Fox; Larry Mines; Sheila Mines; Janine M. Kern; Mark E. Salter; Jon C. Sogn; Patricia J. Devaney; Scott P. Myren; Steven R. Jensen

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Southern
_____

Submitted: March 27, 2025
Filed: April 3, 2025
[Unpublished]
_____

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

Bret Healy appeals after the district court[1] dismissed his civil action and imposed sanctions pursuant to Fed. R. Civ. P. 11(b)(1).

After careful review of the record, we conclude the dismissal was proper because Claim 1 was barred by the Rooker-Feldman[2] doctrine; Claims 2, 3, and 4 were barred by res judicata; and Claim 5 was barred by judicial immunity. See Dalton v. NPC Int'l, Inc., 932 F.3d 693, 695 (8th Cir. 2019) (standard of review); see also Waller v. Groose, 38 F.3d 1007, 1008 (8th Cir. 1994) (per curiam) (affirmance permitted on any grounds supported by record). We also conclude the district court did not abuse its discretion in sanctioning Healy. See Ivy v. Kimbrough, 115 F.3d 550, 553 (8th Cir. 1997) (standard of review).

Accordingly, we affirm the judgment.

_____

[1]The Honorable Roberto Lange, Chief Judge, United States District Court for the District of South Dakota.

[2]Rooker v. Fid. Tr. Co., 263 U.S. 413, 416 (1923); D.C. Ct. of Appeals v. Feldman, 460 U.S. 462, 482 (1983).